OPINION — AG — **** WATER RESOURCES BOARD AUTHORITY TO ESTABLISH RESTRICTIONS UNDER PERMITS GRANTED **** THE OKLAHOMA WATER RESOURCES BOARD HAS THE AUTHORITY TO ESTABLISH TIME RESTRICTIONS ON THE USE OF WATER UNDER A VALIDLY GRANTED PERMIT TO USE APPROPRIATED OR UNAPPROPRIATED WATERS WITHIN THE STATE. CITE: 82 O.S. 1972 Supp., 105.12 [82-105.12], 82 O.S. 1972 Supp., 105.13 [82-105.13], 82 O.S. 1971 25 [82-25], 82 O.S. 1971 101 [82-101] (ROBERT H. MITCHELL)